IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JEWEL GRACE HARRIS, | * |
| Plaintiff, | * |
| v. | Case No. 5:19-CV-00144-TES |
| | * |
| WALMART STORES EAST LP, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated September 1, 2020, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant. Plaintiff shall recover nothing of Defendant. Defendant shall also recover costs of this action.

This 2nd day of September, 2020.

David W. Bunt, Clerk

s/ Vanessa Siaca, Deputy Clerk